UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RONALD C. SMITH                                                                 PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:08cv492-DPJ-JCS

CITIMORTGAGE, INC., ET AL.                                              DEFENDANTS

## **JUDGMENT**

For the reasons given in the Court's Order, Defendant CitiMortgage, Inc.'s Motion for Partial Summary Judgment [41]; Amended Motion for Partial Summary Judgment [58]; and Motion for Summary Judgment [60] are granted.

IT IS HEREBY ORDERED that this action is dismissed, with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2009.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE